# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERIC PETTIFORD,<br><br>　　　　Defendant. | No. CR16-4062-LTS<br><br>**ORDER** |

---

　　　　Defendant has filed a motion (Doc. No. 35) to correct judgment and seeks expedited relief. Defendant explains the situation as follows:

> On October 27, 2016, this Court sentenced Mr. Pettiford to five months' imprisonment for the escape charge, with one year of supervised release thereafter. Docket No. 33 (Judgment). During the sentencing hearing, the undersigned counsel asked the Court to order that the five-month sentence run from the date of Mr. Pettiford's arrest on July 6, 2016. Although a transcript of that hearing has not been prepared, the undersigned counsel's recollection is that the Court made clear that it intended for Mr. Pettiford's five-month sentence to run from the date of his arrest.
>
> The judgment filed in Mr. Pettiford's case does not reflect the Court's intent for the five-month sentence to run from July 6, 2016. *See id*. If Mr. Pettiford's five-month sentence started on July 6, 2016, he would be due for release within days.
>
> Unfortunately, the undersigned counsel learned late yesterday afternoon through Mr. Pettiford and the Bureau of Prisons ("BOP") that the BOP has scheduled his release for January 21, 2017. Contrary to the Court's intention, the BOP is not granting Mr. Pettiford any credit for time served before his previous revocation sentence expired. Thus, because the judgment does not reflect the Court's intent otherwise, the BOP has calculated Mr. Pettiford's sentence starting from August 23, 2016, which is when the revocation sentence expired.

Doc. No. 35-1 at 1-2.

Defendant's description of the situation is accurate. I have reviewed the unofficial RealTime transcript of the sentencing hearing and have attached the relevant portion to this order as Exhibit A. As the transcript reflects, defense counsel requested "clarification as to whether the five months runs from the end of that previous sentence or five months since he was arrested on July 6 of this year." Ex. A at 1, lines 10-12. I responded by asking: "[Y]ou want to make sure I'm not adding what he had left on his prior sentence plus five months?" *Id.*, lines 15-16. After defense counsel confirmed that this was his request, counsel for the Government stated: "I didn't take your order as that, that he basically has another month and a half to go is how I understood what the sentence would be, Your Honor."[1] *Id.*, lines 20-22.

> I then stated:
>
> And that's what I intended and so let's make that perfectly clear then. I was measuring from July 6 when Mr. Pettiford was arrested on this charge. So it's – to the extent that any kind of recommendation is necessary or clarification, I'm talking about a total of five months from his arrest in this case which was July 6 of 2016. So whatever credit – the time he has served since that date plus whatever else is necessary, roughly a month and a half, to get to five months is what I'm intending here.

*Id.* at 1, line 23, to 2, line 6. Thus, the relief now requested by the defendant is entirely consistent with my ruling during the hearing. After weighing the relevant sentencing factors, I concluded that Mr. Pettiford's sentence should be calculated such that he will be released five months after July 6, 2016.

Federal Rule of Criminal Procedure 36 states:

> After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission.

---

[1] As the motion indicates, the sentencing hearing occurred on October 27, 2016.

2

Fed. R. Crim. P. 36. Because the judgment and statement of reasons do not expressly reflect the intention that I expressed at the time of sentencing, an error in the record has occurred due to oversight or omission. Pursuant to Rule 36, defendant's motion (Doc. No. 35) is hereby **granted**. An amended judgment and statement of reasons will be filed to correct the error.

**IT IS SO ORDERED.**

**DATED** this 2nd day of December, 2016.

_____
LEONARD T. STRAND
UNITED STATES DISTRICT JUDGE